**Order entered July 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00690-CV

**IN THE ESTATE OF BEATRICE G. LOVELL, DECEASED**

**On Appeal from the Collin County Probate Court No. 1**
**Collin County, Texas**
**Trial Court Cause No. PB1-1461-2017**

## ORDER

The reporter's record is overdue. In a letter dated June 14, 2018, the court coordinator advised the Court that she had located the electronic recording and had made an audio CD of the hearing. She further advised the Court that the audio CD does not comply with the requirements for a recorded hearing.

We **ORDER** the Honorable Weldon Copeland, Presiding Judge of Collin County Probate Court No. 1, to direct the court recorder he designated to record the proceedings in this case to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, a record that complies with Texas Rule of Appellate Procedure 34.6(a)(2) and section 3 of the Uniform Format Manual for Texas Reporters' Records. *See* TEX. R. APP. P. 34.6(a)(2); *Unif. Format Manual for Tex. Reporters' Records*, § 3.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Copeland and all parties.

/s/     ADA BROWN
         JUSTICE